IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERDE ENERGY USA, INC. and VERDE ENERGY USA MASSACHUSETTS, LLC,<br><br>Defendants | Case No. 1:19-cv-10741-MLW<br><br>Judge Mark L. Wolf |

## JOINT STATUS REPORT

Pursuant to the Court's May 24, 2021 order (ECF No. 97), Plaintiff Melissa Davis ("Plaintiff") and Defendants Verde Energy USA, Inc. and Verde Energy USA Massachusetts, LLC submit this Joint Status Report.

1. On June 17, 2021, the Court entered an order granting the stay of this case (ECF No. 102).

2. On June 16, 2021, Plaintiff was added as a party to a consolidated class action filed for settlement purposes only in the U.S. District Court for the Northern District of Illinois, *Mercado v. Verde Energy USA, Inc.*, No. 1:18-cv-2068.

3. On June 18, 2021, Plaintiff filed her Unopposed Motion for Preliminary Approval of Class Action Settlement of this case in the *Mercado* action.

4. On August 18, 2021, the *Mercado* Court granted the Motion for Preliminary Approval (ECF No. 136). The Court scheduled a Final Approval hearing for December 17, 2021.

*Allowed and so ordered. The parties shall report further by December 21, 2021.*

*Wolf, DJ*
*10/8/21*

H:\10-04-2021 DAVIS VERDE JOINT STATUS REPORT .doc